

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2022

No. 04-21-00376-CR

Andell Brymonte **PITTMAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2518
Honorable Raymond Angelini, Judge Presiding

# O R D E R

After we granted Appellant's first and second motions for extension of time to file the brief, Appellant's brief was due on March 11, 2022. *See* TEX. R. APP. P. 38.6(a). On the extended due date, Appellant filed a motion for a thirty-one-day extension of time to file the brief. On April 11, 2022, Appellant filed his brief.

Appellant's motion is GRANTED. Appellant's brief is deemed timely filed. Appellee's brief is due on May 11, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court